```
1  LINCOLN V. HORTON (SBN 165238)
   HORTON VILLAGE LAW GROUP, APC
2  lhorton@hortonvillagelaw.com
   16236 San Dieguito Road, Suite 5-24
3  P.O. Box 9181
   Rancho Santa Fe, CA 92067
4  Telephone: 858.832.8685

5

   Attorneys for Plaintiffs CHEAP EASY ONLINE TRAFFIC
6  SCHOOL; BORNA MOZAFARI AND MARLA KELLER
   AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC
7  SCHOOL PENSION PLAN; BORNA MOZAFARI AS
   TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT
8  SHARING PLAN; EASY ON LINE TRAFFIC
   SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE
9  FOR THE MARLA KELLER PENSION PLAN AND
   MARLA KELLER 401(K) PLAN
10
```

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC SCHOOL PENSION PLAN; BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT SHARING PLAN; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE FOR THE MARLA KELLER PENSION PLAN AND MARLA KELLER 401(K) PLAN<br><br>Plaintiffs,<br><br>v.<br><br>PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 16-cv-02644 WQH-DHB<br><br>**JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br><br><br><br>Judge: Hon. William Q. Hayes<br>Dept. Courtroom 14B (Annex)<br>Magistrate: Hon. Louisa S. Porter<br><br><br>Complaint Filed: October 24, 2016<br>Trial Date: None Assigned |

1

JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 16-cv-02644 WQH-DHB

1  Plaintiffs CHEAP EASY ONLINE TRAFFIC SCHOOL, BORNA MOZAFARI
2  AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC
3  SCHOOL PENSION PLAN, BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP
4  EASY ON-LINE PROFIT SHARING PLAN, EASY ON LINE TRAFFIC
5  SCHOOL.COM, INC., and MARLA KELLER AS TRUSTEE FOR THE MARLA
6  KELLER PENSION PLAN AND MARLA KELLER 401(K) ("Plaintiffs") and
7  Defendants PETER L. HUNTTING & CO., INC., SMI PENSIONS, SHEFFLER
8  CONSULTING ACTUARIES INC., ESTATE OF PETER L. HUNTTING, MIKE
9  EDWARDS, WILLIAM SHEFFLER, and ECONOMIC GROUP PENSION SERVICES,
10 INC. ("Defendants") submit this Joint Motion for Order Granting Leave to Plaintiffs to
11 File First Amended Complaint and stipulate to the following:
12    1. Pursuant to their expert's recently completed analysis, Plaintiffs have
13 determined that an amendment of its complaint is warranted to update its liability and
14 damages allegations consistent with its expert's August Rule 26(a)(2) report, and thereby
15 facilitate the final resolution of this matter.
16    2. Additionally, the parties agree that an amended complaint will assist in
17 resolving insurance coverage issues and thereby assist in settlement discussions.
18    3. For the preceding just cause, the parties hereby agree that Plaintiffs should be
19 granted leave by the Court to file the First Amended Complaint attached as Exhibit "A".
20    4. The First Amended Complaint shall be deemed filed and served on the already
21 appearing Defendants concurrent with the entry of the court's order granting this joint
22 motion.
23    5. Defendants shall each have twenty-one days from the filing of the First
24 Amended Complaint to file an answer with the court.
25    ///
26    ///
27    ///
28    ///

1      IT IS SO STIPULATED.

2   Dated:  September 8, 2017       HORTON VILLAGE LAW GROUP, APC

4                                         By:___/s/ Lincoln V. Horton_____
                                        Lincoln V. Horton
                                        Attorneys for Plaintiffs CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC SCHOOL PENSION PLAN; BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT SHARING PLAN; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE FOR THE MARLA KELLER PENSION PLAN AND MARLA KELLER 401(K) PLAN

13   Dated:  September 8, 2017       MILLER, MONSON, PESHEL, POLACEK & HOSHAW

15                                         By:____/s/ Thomas M. Monson_____
                                        Thomas M. Monson
                                        Attorneys for Defendants SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; WILLIAM SHEFFLER

18   Dated:  September 8, 2017       BUTTERFIELD SCHECHTER LLP

20                                         By:___/s/ Marc S. Schechter_____
                                        Marc S. Schechter
                                        Attorneys for Defendants PETER L. HUNTTING & CO., INC.; ESTATE OF PETER L. HUNTTING

24   Dated:  September 8, 2017       INDEGLIA & CARNEY

26                                         By:___/s/  Marc Indeglia_____
                                        Marc Indeglia
                                        Attorney for Defendant ECONOMIC GROUP PENSION SERVICES, INC.

Dated: September 8, 2017          LAW OFFICES OF TIMOTHY KINDELAN


By: /s/ Timothy P. Kindelan
Timothy P. Kindelan
Attorney for Defendant MIKE EDWARDS