Thomas M. Monson   CAL SBN:  71993
Christopher R. Wiechert   CAL SBN: 317671
**MILLER, MONSON, PESHEL, POLACEK & HOSHAW**
A Partnership of Professional Law Corporations
501 West Broadway, Suite 700
San Diego, CA  92101
Tel:   (619) 239-7777
Fax:   (619) 696-6163
Email: tommonson@erisa-law.com

Attorneys for SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., and WILLIAM SHEFFLER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC SCHOOL PENSION PLAN; BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT SHARING PLAN; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE FOR THE MARLA KELLER PENSION PLAN AND MARLA KELLER 401(k) PLAN,<br><br>             Plaintiffs,<br><br>v.<br><br>PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES GROUP, INC.; and DOES 1 to 100, inclusive,<br><br>             Defendants | Case No.: 16-CV-2644-WQH (RNB)<br><br>Date   April 16, 2018<br>Dept.:  Courtroom 14B (Annex)<br>Magistrate Judge Robert N. Block<br>Judge:  Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1). 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED.<br><br>Complaint Filed:  October 24, 2016<br>Trial Date:   None Set |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to the Federal Rules of Civil

Procedure, Rule 56, on April 16, 2018, or as soon thereafter as the matter can be heard by the above-entitled Court, located at 333 W. Broadway, San Diego, California, 92101, in Courtroom 14B, before the Honorable William Q. Hayes presiding, Defendants SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., and WILLIAM SHEFFLER (hereinafter the "Sheffler Defendants" or "Sheffler") will move the Court for Summary Judgment of the First Cause of Action of Plaintiffs' First Amended Complaint (alleging a claim for "breach of fiduciary duty" under ERISA § 404(a)(1), and 29 U.S.C. § 1104(a)(1)), on the grounds there is no genuine issue as to any material fact and Sheffler Defendants are entitled to Judgment on that First Cause of Action as a matter of law.

The basis for the motion is that the Sheffler Defendants were not fiduciaries within the meaning of the statues relied upon by Plaintiffs in the operative First Amended Complaint.

Sheffler Defendants will also move the Court to Dismiss Pendent Cause of Action Two through Six of the operative First Amended Complaint on the grounds the Court should decline to exercise jurisdiction over state law claims after it dismisses all claims over which the Court had original jurisdiction.

Alternatively, if the Court is not inclined to dismiss the First Cause of Action of Plaintiffs' First Amended Complaint, Sheffler Defendants join the other Defendants in moving the Court to Dismiss Cause of Action Two through Six of the operative First Amended Complaint as preempted on the grounds that ERISA's preemption clause bars Causes of Action Two through Six

This motion is based upon this Notice of Motion and Motion, Sheffler Defendants' Separate Statement of Undisputed Facts, Sheffler Defendants' Memorandum of Points and Authorities, Sheffler Defendants' Request for Judicial Notice, the Declarations of William Sheffler and Thomas M. Monson and all pleadings and papers on file in this case, and upon such other and further matters as

1  the Court may inquire and as may be presented at the time of any hearing on the
2  motion.

5  Dated: March 15, 2018          MILLER, MONSON, PESHEL,
                                  POLACEK & HOSHAW

                                  By:  s/Thomas M. Monson
                                       Thomas M. Monson
                                       Attorneys for SMI PENSIONS, SHEFFLER
                                       CONSULTING ACTUARIES, INC., and
                                       WILLIAM SHEFFLER

# CERTIFICATE OF SERVICE

*Cheap Easy Online Traffic School, et al. v. Peter L. Huntting & Co., Inc., et al.*
Case No.  3:16-cv-02644-WQH-RNB

I,  __Thomas M. Monson__ , declare that:

I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 10021 Willow Creek Road, Suite 200, San Diego, CA 92131.

On March 15, 2018, I caused to be served the following document(s):

1. DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1). 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED

2. DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED

3. DECLARATION OF WILLIAM SHEFFLER IN SUPPORT OF DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED

4. DECLARATION OF THOMAS MONSON IN SUPPORT OF DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED

5. DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF

ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED

6. REQUEST FOR JUDICIAL NOTICE RE: DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED

___ **BY MAIL**: I caused each envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U. S. Postal Service pursuant to which practice the correspondence will be deposited with the U. S. Postal Service this same day in the ordinary course of business.

XX **BY ELECTRONIC FILING SERVICE**: Complying with Fed. R.Civ. P. 5(b)(2)(E), my electronic business address is tomomonson@erisa-law.com and I caused such documents(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

___ **BY FACSIMILE**: I served the above document(s) on each above addressee by facsimile transmission at the date and time and to the facsimile number listed below each name.

___ **BY PERSONAL SERVICE**: I personally delivered by hand to the offices of the addressee.

___ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XX [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 15, 2018, at San Diego, California.

                         /s/ Thomas M. Monson
                         Thomas M. Monson

# SERVICE LIST

| | |
|---|---|
| Lincoln V. Horton<br>Horton Village Law Group, APC<br>16236 San Dieguito Road, Suite 5-24<br>P.O. Box 9181<br>Rancho Santa Fe, CA 92067<br>Telephone: (858) 832-8685<br>Facsimile: (858) 832-8704<br>lhorton@hortonvillagelaw.com | Attorneys for Plaintiffs Cheap Easy Online Traffic School; Borna Mozafari and Marla Keller as Trustees for Cheap Easy On-line Traffic School Pension Plan; Borna Mozafari as Trustee for the Cheap Easy On-line Profit Sharing Plan; Easy on Line Traffic School.com, Inc.; Marla Keller as Trustee for the Marla Keller Pension Plan and Marla Keller 401(k) Plan |
| Marc S. Schechter<br>Corey F. Schechter<br>Butterfield Schechter LLP<br>10021 Willow Creek Road, Suite 200<br>San Diego California 92131-1603<br>Telephone: (858)444-2300<br>Facsimile: (858)444-2345<br>msclhechter@bsllp.com<br>cschechter@bsllp.com | Attorneys for Defendants Estate of Peter L. Huntting, Peter L. Huntting & Co., Inc., and Mike Edwards |
| Timothy P, Kindelan<br>Law Office of Timothy P. Kindelan<br>12625 High Bluff Drive, Suite 306<br>San Diego, CA 92130<br>Tel. (858) 259-0115<br>Fax (858) 792-7306<br>tkindelan@prodigy.net | Attorney for Defendant Mike Edwards |
| Marc A. Indeglia<br>Indeglia & Carney, LLP<br>11900 Olympic Boulevard, Suite 770<br>Los Angeles CA 90064<br>Telephone: (310) 982-2720<br>Facsimile: (310) 982-2719<br>marc@indegliacarney.com<br>inavagam@indegliacarney.com | Attorneys for Defendant Economic Group Pension Services Group, Inc. |

L:\LIT\LITS-Z\SHEFFLER MARTIN\Cheap Easy\Pleadings\MSJ\00COS re MSJ.doc