Marc S. Schechter, Bar No. 116190
Corey F. Schechter, Bar No. 279964
BUTTERFIELD SCHECHTER LLP
10021 Willow Creek Road, Suite 200
San Diego, California 92131-1603
(858)444-2300/FAX (858)444-2345
mschechter@bsllp.com
cschechter@bsllp.com

Attorneys for Defendants Peter L. Huntting &
Co., Inc. and Estate of Peter L. Huntting

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC SCHOOL PENSION PLAN; BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT SHARING PLAN; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE FOR THE MARLA KELLER PENSION PLAN AND MARLA KELLER 401(k) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>PETER L. HUNTTING & CO., INC.; SMI PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES GROUP, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 3:16-cv-02644-WQH-RNB<br><br>DEFENDANTS PETER L. HUNTTING & CO., INC. AND ESTATE OF PETER L. HUNTTING'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED<br><br>Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Robert N. Block<br><br>Date:  April 16, 2018<br>Time:<br>Dept:  Courtroom 14B (Annex)<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint Filed: October 24, 2016<br>Trial Date:  None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to the Federal Rules of Civil Procedure, Rule 56, on April 16, 2018, or as soon thereafter as the matter can be

heard by the above-entitled Court, located at 333 W. Broadway, San Diego, California, 92101, in Courtroom 14B, before the Honorable William Q. Hayes presiding, Defendants Peter L. Huntting & Co., Inc. and Estate of Peter L. Huntting (the "Huntting Defendants") will move the Court for Summary Judgment of the First Cause of Action of Plaintiffs' First Amended Complaint (alleging a claim for "breach of fiduciary duty" under ERISA § 404(a)(1); 29 U.S.C. § 1104(a)(1)), on the grounds there is no genuine issue as to any material fact and the Huntting Defendants are entitled to judgment on that First Cause of Action as a matter of law.

The basis for the motion is that the Huntting Defendants were not fiduciaries within the meaning of the statutes relied upon by Plaintiffs in the operative First Amended Complaint.

The Huntting Defendants will also move the Court to dismiss pendent Causes of Action Two through Six of the operative First Amended Complaint on the grounds the Court should decline to exercise jurisdiction over state law claims after it dismisses all claims over which the Court had original jurisdiction.

Alternatively, if the Court is not inclined to dismiss the First Cause of Action of Plaintiffs' First Amended Complaint, the Huntting Defendants join the other Defendants in moving the Court to dismiss Causes of Action Two through Six of the operative First Amended Complaint as preempted on the grounds that ERISA's preemption clause bars Causes of Action Two through Six.

This motion will be based upon this Notice, the accompanying Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts filed along with the motion, the accompanying Request for

/././
/././
/././
/././

1  Judicial Notice, all pleadings and papers on file in this case, and upon such other
2  and further matters as the Court may inquire and as may be presented at the time
3  of any hearing on the motion.

4  DATED: March 15, 2018            BUTTERFIELD SCHECHTER LLP

6                                   By: /s/Marc S. Schechter
7                                       MARC S. SCHECHTER
                                        COREY F. SCHECHTER
8                                       Attorneys for Defendants
                                        Peter L. Huntting & Co., Inc. and
9                                       Estate of Peter L. Huntting

# PROOF OF SERVICE

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 10021 Willow Creek Road, Suite 200, San Diego, California 92131-1603.

On **March 15, 2018**, I caused to be served the following documents:

**DEFENDANTS PETER L. HUNTTING & CO., INC. AND ESTATE OF PETER L. HUNTTING'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED**

**DEFENDANTS PETER L. HUNTTING & CO., INC.'S AND ESTATE OF PETER L. HUNTTING'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED**

**DEFENDANTS PETER L. HUNTTING & CO., INC. AND ESTATE OF PETER L. HUNTTING'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED**

**REQUEST FOR JUDICIAL NOTICE RE DEFENDANTS PETER L. HUNTTING & CO., INC. AND ESTATE OF PETER L. HUNTTING'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' FIRST CAUSE OF ACTION [BREACH OF FIDUCIARY DUTIES ERISA § 404(A)(1), 29 U.S.C. § 1104(A)(1)] AND TO DISMISS PENDENT CAUSES OF ACTION TWO THROUGH SIX OR IN THE ALTERNATIVE TO DISMISS CAUSES OF ACTION TWO THROUGH SIX AS PREEMPTED**

☐ **BY FIRST-CLASS MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(C).)

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. 5(b)(2)(E), my electronic business address is mschechter@bsllp.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via  on the parties listed on the service list below at their designated business address.

  ☐ By personally delivering the copies;

  ☐ By leaving the copies at the attorney's office;

    ☐ With a receptionist, or with a person having charge thereof; or

    ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

  ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on March 15, 2018, at San Diego, California.

By: s/Marc S. Schechter
MARC S. SCHECHTER

# SERVICE LIST

8109.01

Cheap Easy Online Traffic School, et al. v. Peter L. Huntting & Co., Inc. et al.

| | |
|---|---|
| Lincoln Horton<br>Horton Village Law Group, APC<br>Suite 5-24<br>16236 San Dieguito Road<br>Rancho Santa Fe, CA 92067<br>Telephone: (858) 832-8685<br>Facsimile: (858) 832-8704<br>lhorton@hortonvillagelaw.com | *Attorneys for Plaintiffs* |
| Thomas M. Monson, Esq.<br>Miller, Monson, Peshel, Polacek & Hoshaw<br>Suite 700<br>501 West Broadway<br>San Diego, CA 92101<br>Telephone: (619) 239-7777<br>Facsimile: (619) 696-6163<br>tommonson@erisa-law.com | *Attorneys for Defendants SMI Pensions; Sheffler Consulting Actuaries Inc.; and William Sheffler* |
| Marc Indeglia, Esq.<br>Indeglia & Carney<br>Suite 770<br>11900 Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 982-2720<br>Facsimile: (310) 982-2719<br>marc@indegliacarney.com | *Attorneys for Defendant Economic Group Pension Services, Inc.* |
| Timothy P. Kindelan, Esq.<br>Law Offices of Timothy P. Kindelan<br>Suite 306<br>12625 High Bluff Drive<br>San Diego, CA 92130<br>Telephone: (858) 259-0115<br>Facsimile: (858) 792-7306<br>tkindelan@prodigy.net | *Attorneys for Defendant Mike Edwards* |