FILED

FEB 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; et al.,<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>PETER L. HUNTTING & CO., INC.; et al.,<br><br>  Defendants-Appellees. | No.   19-55055<br><br>D.C. No. 3:16-cv-02644-WQH-MSB<br>Southern District of California, San Diego<br><br>ORDER |

Appellants' motion to dismiss this appeal as to appellees Mike Edwards and Economic Group Pension Services, Inc., only (Docket Entry No. 6) is granted. Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court as to Mike Edwards and Economic Group Pension Services, Inc., only.  This appeal remains pending as to all other appellees.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation