Marc S. Schechter, Bar No. 116190
Corey F. Schechter, Bar No. 279964
BUTTERFIELD SCHECHTER LLP
10021 Willow Creek Road, Suite 200
San Diego, California 92131-1603
(858)444-2300/FAX (858)444-2345
mschechter@bsllp.com
cschechter@bsllp.com

Attorneys for Defendants Peter L. Huntting &
Co., Inc. and Estate of Peter L. Huntting

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC SCHOOL PENSION PLAN; BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT SHARING PLAN; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE FOR THE MARLA KELLER PENSION PLAN AND MARLA KELLER 401(k) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES GROUP, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Ninth Circuit Case No.: 19-55653<br>District Case No.: 16-CV-2644-WQH MSB<br><br>Assigned to: William Q. Hayes<br>Magistrate Judge: Michael S. Berg<br><br>AMENDED NOTICE OF APPEAL BY DEFENDANTS PETER L. HUNTTING & CO., INC. AND ESTATE OF PETER L. HUNTTING'S FROM ORDER DENYING ATTORNEY'S FEES AND COSTS<br><br>Complaint Filed:   October 24, 2016 |

{00375884.DOC / 2}

1

On June 5, 2019, Defendants Peter L. Huntting & Co., Inc. and Estate of Peter L. Huntting ("Defendants") filed a Motion for Partial Reconsideration of Order Denying Attorneys' Fees [Doc. 113]. On June 6, 2019, Defendants filed their prior Notice of Appeal [Doc. 115] with the District Court of its May 9, 2019 Order [Doc. 111].

Subsequently on August 2, 2019, the District Court issued an Order Denying Defendants' Motion for Partial Reconsideration of Order Attorneys' Fees [Doc. 125].

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Defendants-Appellants PETER L. HUNTTING & CO., INC. and the ESTATE OF PETER L. HUNTTING hereby provide notice of appeal of the order denying defendants' motion for attorney's fees and costs entered May 9, 2019, by the United States District Court for the Southern District of California [Doc. 111].

DATED: August 6, 2019             BUTTERFIELD SCHECHTER LLP

By: /s/ Marc S. Schechter
MARC S. SCHECHTER
COREY F. SCHECHTER
Attorneys for Defendants
Peter L. Huntting & Co., Inc., and Estate of Peter L. Huntting

# PROOF OF SERVICE

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 10021 Willow Creek Road, Suite 200, San Diego, California 92131-1603.

On **August 6, 2019**, I caused to be served the following documents:

**AMENDED NOTICE OF APPEAL BY DEFENDANTS PETER L. HUNTTING & CO., INC. AND ESTATE OF PETER L. HUNTTING'S FROM ORDER DENYING ATTORNEY'S FEES AND COSTS**

☐ **BY FIRST-CLASS MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(C).)

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. 5(b)(2)(E), my electronic business address is mschechter@bsllp.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via on the parties listed on the service list below at their designated business address.

    ☐ By personally delivering the copies;

    ☐ By leaving the copies at the attorney's office;

        ☐ With a receptionist, or with a person having charge thereof; or

        ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

1  ☐  By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on August 6, 2019, at San Diego, California.

/S/ Marc S. Schechter

# **SERVICE LIST**

8109.02

*Cheap Easy Online Traffic School, et al. v. Peter L. Huntting & Co., Inc., et al.*

| | |
|---|---|
| Lincoln Horton<br>Horton Village Law Group, APC<br>Suite 5-24<br>16236 San Dieguito Road<br>Rancho Santa Fe, CA 92067<br>Telephone: (858) 832-8685<br>Facsimile: (858) 832-8704<br>lhorton@hortonvillagelaw.com | *Attorneys for Plaintiffs* |
| Thomas M. Monson, Esq.<br>Miller, Monson, Peshel, Polacek & Hoshaw<br>Suite 700<br>501 West Broadway<br>San Diego, CA 92101<br>Telephone: (619) 239-7777<br>Facsimile: (619) 696-6163<br>tommonson@erisa-law.com | *Attorneys for Defendants SMI Pensions; Sheffler Consulting Actuaries Inc.; and William Sheffler* |