1  Thomas M. Monson, SBN: 71993
   **MILLER, MONSON, PESHEL,**
2      **POLACEK & HOSHAW**
   A Partnership of Professional Law Corporations
3  501 West Broadway, Suite 700
   San Diego, CA 92101
4  Tel: (619) 239-7777/Fax: (619) 238-8808
   tommonson@erisa-law.com
5
   Attorney for Defendants SMI Pensions, Sheffler
6  Consulting Actuaries, Inc., and William Sheffler

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI AND MARLA KELLER AS TRUSTEES FOR CHEAP EASY ON-LINE TRAFFIC SCHOOL PENSION PLAN; BORNA MOZAFARI AS TRUSTEE FOR THE CHEAP EASY ON-LINE PROFIT SHARING PLAN; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER AS TRUSTEE FOR THE MARLA KELLER PENSION PLAN AND MARLA KELLER 401(k) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES GROUP, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Ninth Circuit Case No.: 19-55654<br>District Case No.: 16-CV-02644-WQH MSB<br><br>Assigned to: William Q. Hayes<br>Magistrate Judge: Michael S. Berg<br><br>AMENDED NOTICE OF APPEAL BY DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER FROM ORDER DENYING ATTORNEY'S FEES AND COSTS<br><br>Complaint Filed: October 24, 2016 |

- 1 -

Amended Notice of Appeal by Sheffler Defendants          Case No.: 3:16-CV-02644-WQH (MSB)
From Order Denying Attorney's Fees and Costs

On June 5, 2019, Defendants SMI Pensions, Sheffler Consulting Actuaries, Inc., and William Sheffler filed a Motion for Partial Reconsideration of Order Denying Attorneys' Fees [Doc. 112]. On June 6, 2019, Defendants filed their prior Notice of Appeal [Doc. 114] with the District Court of its May 9, 2019 Order [Doc. 111].

Subsequently on August 2, 2019, the District Court issued an Order Denying Defendants' Motion for Partial Reconsideration of Order Denying Attorneys' Fees [Doc. 125].

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Defendants-Appellants SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., and WILLIAM SHEFFLER hereby provide notice of appeal of the order denying defendants' motion for attorney's fees and costs entered May 9, 2019, by the United States District Court for the Southern District of California [Doc. 111].

Dated: August 6, 2019

MILLER, MONSON, PESHEL
POLACEK & HOSHAW

By: /s/ Thomas M. Monson
Thomas M. Monson
Attorney for SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., and WILLIAM SHEFFLER

# CERTIFICATE OF SERVICE

*Cheap Easy Online Traffic School, et al. v. Peter L. Huntting & Co., Inc., et al.*
Case No. 3:16-cv-02644-WQH-MSB

I, Cathleen Abbott, declare that:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 501 W. Broadway, Suite 700, San Diego, CA 92101.

On **August 6, 2019**, I caused to be served the following documents:

**AMENDED NOTICE OF APPEAL BY DEFENDANTS SMI PENSIONS, SHEFFLER CONSULTING ACTUARIES, INC., AND WILLIAM SHEFFLER FROM ORDER DENYING ATTORNEY'S FEES AND COSTS**

☐ **BY FIRST-CLASS MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(C).)

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. 5(b)(2)(E), my electronic business address is cathyabbott@erisa-law.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served on the parties listed on the service list below at their designated business address.

**SEE ATTACHED SERVICE LIST**

Executed August 6, 2019, at San Diego, California.

*Cathleen Abbott*
Cathleen Abbott

- 3 -
Amended Notice of Appeal by Sheffler Defendants
From Order Denying Attorney's Fees and Costs
Case No.: 3:16-CV-02644-WQH (MSB)

# SERVICE LIST

Lincoln V. Horton
Horton Village Law Group, APC
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
Tel: (858) 832-8685
Fax: (858) 832-8704
lhorton@hortonvillagelaw.com

Attorney for Plaintiffs Cheap Easy Online Traffic School; Borna Mozafari and Marla Keller as Trustees for Cheap Easy On-line Traffic School Pension Plan; Borna Mozafari as Trustee for the Cheap Easy On-line Profit Sharing Plan; Easy on Line Traffic School.com, Inc.; Marla Keller as Trustee for the Marla Keller Pension Plan and Marla Keller 401(k) Plan

Marc S. Schechter
Corey F. Schechter
Butterfield Schechter LLP
10021 Willow Creek Road, Suite 200
San Diego California 92131-1603
Tel: (858)444-2300
Fax: (858)444-2345
msclhechter@bsllp.com
cschechter@bsllp.com

Attorneys for Defendants Estate of Peter L. Huntting, Peter L. Huntting & Co., Inc., and Mike Edwards

L:\LIT\LITS-Z\SHEFFLER MARTIN\Cheap Easy\APPEAL-Atty Fees\
Notice of Appeal from Order Denying Attorney's Fees and Costs-AMENDED.doc