| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 7 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CHEAP EASY ONLINE TRAFFIC SCHOOL; et al.,

        Plaintiffs-Appellees,

v.

PETER L. HUNTTING & CO., INC.; ESTATE OF PETER L. HUNTTING,

        Defendants-Appellants,

and

SMI PENSIONS; et al.,

        Defendants.

No. 19-55653

D.C. No. 3:16-cv-02644-WQH-MSB
Southern District of California, San Diego

ORDER

A review of the record and the response to this court's June 17, 2019 order reflects that the district court has denied the post-judgment motion and that an amended notice of appeal has been filed to include the order denying the post-judgment motion. Accordingly, the notice of appeal is so amended and briefing resumes.

Within 10 days after entry of this order, appellants shall designate any reporter's transcripts or serve on appellees a statement indicating that appellants do not intend to order any transcripts. *See* 9th Cir. R. 10-3.1(a). If appellants designate transcripts, the transcripts will be due September 16, 2019.

LCC/MOATT

The opening brief and excerpts of record are due October 25, 2019; the answering brief is due November 25, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7