UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI and MARLA KELLER as Trustees for Cheap Easy On-Line Traffic School Pension Plan; BORNA MOZAFARI as Trustee for Cheap Easy On-Line Profit Sharing Plan; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER As Trustee for the Marla Keller Pension Plan and Marla Keller 401(K) Plan,<br><br>                            Plaintiffs,<br>v.<br>PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES GROUP, INC.; and DOES 1 to 100, inclusive,<br>                            Defendants. | Case No.: 3:16-cv-02644-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On December 13, 2018, the Court issued an Order granting Defendants' Motions for Summary Judgment (ECF Nos. 46, 47, 48, 50) on all claims. (ECF No. 88). The Court stated that "[a]ny motions to file an amended complaint must be filed within thirty (30) days of the date of this Order in accordance with Local Rule 7.1." *Id*. at 25.

On January 11, 2019, a Notice of Appeal to the 9th Circuit as to the Order granting Defendants' Motions for Summary Judgment (ECF No. 88) was filed. (ECF No. 91).

The record reflects that no motions to file an amended complaint have been filed after the Court's December 13, 2018 Order granting Defendants' Motions for Summary Judgment on all claims (ECF No. 88).

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment for Defendants and against Plaintiffs pursuant to the Court's December 13, 2018 Order granting Defendants' Motions for Summary Judgment on all claims (ECF No. 88). The Clerk of the Court shall close the case.

Dated: January 23, 2020

Hon. William Q. Hayes
United States District Court