

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See attachment<br><br>**Plaintiff,**<br>V.<br><br>See attachment<br><br><br>**Defendant.** | **Civil Action No.** 16-cv-02644-WQH-MSB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment for Defendants and against Plaintiffs pursuant to the Court's December 13, 2018 Order granting Defendants' Motions for Summary Judgment on all claims.

Date: 1/23/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  16cv2644-WQH-MSB

CHEAP EASY ONLINE TRAFFIC SCHOOL; BORNA MOZAFARI and MARLA KELLER as Trustees for Cheap Easy On-Line Traffic School Pension Plan; BORNA MOZAFARI as Trustee for Cheap Easy On-Line Profit Sharing Plan; EASY ON LINE TRAFFIC SCHOOL.COM, INC.; MARLA KELLER As Trustee for the Marla Keller Pension Plan and Marla Keller 401(K) Plan,
Plaintiffs

v.

PETER L. HUNTTING & CO., INC.; SMI PENSIONS; SHEFFLER CONSULTING ACTUARIES INC.; ESTATE OF PETER L. HUNTTING; MIKE EDWARDS; WILLIAM SHEFFLER; ECONOMIC GROUP PENSION SERVICES GROUP, INC.; and DOES 1 to 100, inclusive,
Defendants