UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br> v.<br><br>PETER L. HUNTTING & CO., INC.; et al.,<br><br>　　　　Defendants-Appellees. | No. 19-55055<br><br>D.C. No. 3:16-cv-02644-WQH-MSB<br>Southern District of California,<br>San Diego<br><br>ORDER |
| CHEAP EASY ONLINE TRAFFIC SCHOOL; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br> v.<br><br>PETER L. HUNTTING & CO., INC.; ESTATE OF PETER L. HUNTTING,<br><br>　　　　Defendants-Appellants,<br><br> and<br><br>SMI PENSIONS; et al.,<br><br>　　　　Defendants. | No. 19-55653<br><br>D.C. No. 3:16-cv-02644-WQH-MSB |

tah/2.10.20/Pro Mo

| | |
|---|---|
| CHEAP EASY ONLINE TRAFFIC SCHOOL; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>SMI PENSIONS; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>PETER L. HUNTTING & CO., INC.; et al.,<br><br>        Defendants. | No. 19-55654<br><br>D.C. No. 3:16-cv-02644-WQH-MSB |

The joint motion (Docket Entry No. 43) of SMI Pensions, et al. and Peter L. Huntting & Co., Inc., et al. to consolidate Nos. 19-55055, 19-55653, and 19-55654 is granted. These cases will be calendared before the same panel assigned to consider the merits of the appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7